**Floyd Junior POWELL, Plaintiff— Appellant,**

v.

**Lieutenant Tony A. KELLER; Jorge Sosa; Jason Coy Reid; Timothy James Brewer; Larry Waters; William A. Brafford; Gretchen C.F. Shappert; Judge Richard L. Voorhees; Magistrate Judge Carl Horn; Gregory A. Forest; Jayme Miller; United States Marshals Service; Catawba County; Sheriff of Catawba County; Catawba County Sheriff's Department; Coldwell Banker; Boyd Hassell Industrial Commercial Properties; Elvalorie Matthews; Richard McDonnell; Mark T. Calloway; Newton Police Department; Conover Police Department, Defendants—Appellees.**

No. 07–7780.

United States Court of Appeals, Fourth Circuit.

Submitted: April 3, 2008.

Decided: April 22, 2008.

Floyd Junior Powell, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

PER CURIAM:

Floyd Junior Powell appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Powell v. Keller,* No. 5:07–cv–00121–GCM, 2007 WL 4139645 (W.D.N.C. Nov. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*